UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE PIPE LINE COMPANY,

        Plaintiff,

                                             Case No. 1:11-cv-570

v.

                                             HONORABLE PAUL L. MALONEY

HYDRACO, INC. and
M-POWER CHEMICALS, LC ,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that defendant M-Power Chemicals, LC has not filed the requisite disclosure.

      IT IS HEREBY ORDERED that defendant M-Power Chemicals, LC shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date:   June 28, 2011                                          /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge